452 A.2d 1090

Commonwealth v. Miller, Appellant.

Argued March 23, 1982. Allen H. Smith, for appellant; Harry M. Ness, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.